1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ) ) Plaintiff, ) ) v. ) ) ALLIED INTERSTATE, INC. and DOES ) 1-30, inclusive, ) ) Defendants. ) _____ ) | CV F 06-1021 AWI TAG<br><br>File No.: CF-5104<br><br><br>STIPULATION AND ORDER TO REMAND TO KERN COUNTY SUPERIOR COURT |

    Plaintiff, the People of the State of California, through their attorney, District Attorney Edward R. Jagels, Kern County District Attorney by John T. Mitchell, Deputy District Attorney, and defendant Allied Interstate, Inc. through its attorneys Goodwin Procter LLP, by Suzanne Geraghty, hereby stipulate to the remand of this action back to the Kern County Superior Court.

DATED: March_____, 2007    DISTRICT ATTORNEY
                                              COUNTY OF KERN

                                              Edward R. Jagel

| | |
|---|---|
| 1 | John T. Mitchell (SBN: 99967) |
| 2 | 1215 Truxtun Avenue |
|   | Bakersfield, California 93301 |
| 3 | (661) 868-2331 |

By:_____

JOHN T. MITCHELL
Deputy District Attorney

**Attorneys for Plaintiff**

The People of the State of California

DATED: March_____, 2007

GOODWIN PROCTER LLP
Forrest A. Hainline III (SBN: 64166)
Susanne N. Geraghty (SBN: 218098)
101 California Street, Suite 1850
San Francisco, California 94101
(415) 733-6000


By:_____

SUZANNE GERAGHTY

Attorneys for Defendant

ALLIED INTERSTATE, INC.

**ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED that this case is remanded to the Kern County Superior Court.

IT IS SO ORDERED.

**Dated:   March 9, 2007**              _____/s/ Anthony W. Ishii_____
0m8i78                                  UNITED STATES DISTRICT JUDGE